```
                                        FILED
                                        May 16, 2011
                                        CLERK, US DISTRICT COURT
                                        EASTERN DISTRICT OF
                                        CALIFORNIA
                                        DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
|                                  ) | Case No. 2:11-CR-00210-JAM-7 |
|       Plaintiff,            ) | |
| v.                                     ) | ORDER FOR RELEASE OF |
|                                  ) | PERSON IN CUSTODY |
| SERGEY BLIZENKO ,              ) | |
|       Defendant.            ) | |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release SERGEY BLIZENKO, Case No. 2:11-CR-00210-JAM-7, Charge Title 18 USC § 1343, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $ 100,000 (co-signed)

        ✔ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

        ✔ (Other)     With pretrial supervision and conditions of release as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  May 16, 2011  at  2:45  pm.

By: _/s/ Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge